STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SUESUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAUTALATASI SUESUE,<br><br>    Defendant. | NO. CR 16-00282 SK<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND STIPULATION EXCLUDING TIME FROM OCTOBER 17, 2016 TO NOVEMBER 2, 2016 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE presently scheduled at 11:00 a.m. on October 17, 2016, before the Honorable Sallie Kim, be rescheduled for November 2, 2016 at 11:00 a.m. Defense counsel is currently out of the district and the parties agree and stipulate that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) between October 17, 2016 and November 2, 2016.

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to an exclusion of time under the Speedy Trial Act from October 17, 2016 to November 2, 2016, based upon defense counsel's absence from the district, the need for effective preparation of counsel and to provide the defendant an opportunity to review

discovery and prepare the case for further disposition.

    2.  Counsel for the defendant believes that the exclusion of time is in the defendant's best interest.

    3.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 17, 2016 to November 2, 2016 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    4.  Accordingly, and with the consent of the defendant, the Court orders that the period from October 17, 2016 to November 2, 2016 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: October 16, 2016                  /s/

                                         ELIZABETH FALK
                                         Attorney for Defendant Tautalatasi Suesue

DATED: October 16, 2016                  /s/

                                         WILLIAM EDELMAN
                                         Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  10/17/2016

                                         HON. SALLIE KIM
                                         UNITED STATES MAGISTRATE JUDGE